UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANELIA SOLIS-VALDOVINOS,<br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and DEPARTMENT STORE NATIONAL BANK,<br>    Defendants. | No. 1:14-cv-03019-SAB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal of Case With Prejudice. ECF No. 33. The parties indicate the matter has been fully settled and ask this Court to dismiss the above-captioned matter with prejudice and without costs or fees to any party.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal of Case With Prejudice, ECF No. 33, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs or fees to any party.

3. The District Court Executive is directed to **close** the file.

//
//

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

1      **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 file this Order, provide copies to counsel, and **close** the file.
3      **DATED** this 4th day of June 2015.



                                                    Stanley A. Bastian
                                           United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 2